**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                                             CASE NO.:
                                                                                          CHAPTER 11
PEBWORTH PROPERTIES, LLC.

    Debtor.
_____/

### DEBTOR IN POSSESSION'S APPLICATION FOR EMPLOYMENT OF ATTORNEY

    Debtor, PEBWORTH PROPERTIES, LLC respectfully requests an order of the court authorizing the employment of CRAIG I. KELLEY, and the law firm of KELLEY & FULTON, P.A. to represent the Debtor in this case and states:

    1.    On March 10, 2010, the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

    2.    The Debtor desires to employ CRAIG I. KELLEY and KELLEY & FULTON, P.A. as the attorney in this case.

    3.    The Debtor believes that the attorney is qualified to practice in this court and is qualified to advise the Debtor on the relations with, and responsibilities to, the creditors and other interested parties.

    4.    The professional services the attorney will render are summarized as follows:

    (a)    To give advice to the Debtor with respect to its powers and duties as a Debtor in possession and the continued management of its business operations;

    (b)    To advise the Debtor with respect to its responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the court;

    (c)    To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;

    (d)    To protect the interest of the Debtor in all matters pending before the court;

    (e)    To represent the Debtor in negotiation with its creditors in the preparation of a plan.

    5.    Within one year prior to the Petition Date, Kelley & Fulton, P.A. earned fees and costs in the sum of $9,131.00, all of the foregoing representing pre-petition services rendered, including in

LF-15 (rev. 12/01/98)

connection with the preparation of this Chapter 11 case, and costs associated therewith, including the bankruptcy court filing fee.  Prior to the Petition Date, PEBWORTH PROPERTIES, LLC paid Kelley & Fulton, P.A. the sum of $42,500.00 as a non-refundable retainer to be applied toward the above-referenced pre-petition services in the sum of $9,131.00, with the balance of $33,369.00 to be used as a retainer in connection with the Debtor's Chapter 11 filing.  The Debtor proposes that balance of the retainer paid to Kelley & Fulton, P.A. in the amount of $33,369.00 not be expended for pre-petition services and expenses, and be treated as a retainer paid in contemplation of post-petition services to be rendered by Kelley & Fulton, P.A., and post-petition disbursements to be incurred as bankruptcy counsel, and that such amounts be applied to services performed in accordance with the Court's order authorizing the employment of Kelley & Fulton, P.A., subject to fee applications filed and approved by the Court.

6. To the best of the Debtor's knowledge, neither said attorney nor said law firm have any connection with the creditors or other parties in interest or their respective attorneys, except as set forth herein and waived by the Debtor and Creditor.  Neither said attorney nor said law firm represent any interest adverse to the Debtor.  Wells Fargo Bank, N.A. is the named Plaintiff in a pending foreclosure against the Debtor; however, Wells Fargo, N.A. is merely the Trustee for the securitized mortgage pool and not the actual lender of the Debtor herein.  The Creditor has waived any apparent or actual conflict of interest, subject to the terms of a conflict waiver letter.  The Debtor has acknowledged and accepted the terms of the Creditor's conflict waiver letter.  The Debtor and the Creditor are not aware of any actual, apparent or potential conflicts of interests, or hereby waive the same, as a result of Kelley & Fulton, P.A.'s prior and current representation of Wachovia Bank, N.A., a division of Wells Fargo Bank, N.A., in unrelated matters.

7. The Debtor needs representation and will suffer immediate and irreparable harm if the Court does not grant this Application to Employ on an expedited basis.  This case was required to be filed on an emergency basis due to various pending litigation that was costing the Debtor substantial sums to defend.  This case is very complex and requires experience bankruptcy counsel to represent the Debtor.

8. Attached to this motion is the proposed attorney's affidavit demonstrating CRAIG I. KELLEY and KELLEY & FULTON, P.A. are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.

WHEREFORE, the Debtor in Possession respectfully requests an order authorizing retention of CRAIG I. KELLEY and KELLEY & FULTON, P.A. on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

PEBWORTH PROPERTIES, LLC

By: _____
David Steinhauer, President

I CERTIFY that a true copy of this application was mailed this 10TH day of March, 2010, to the parties indicated below.

KELLEY & FULTON, P.A.
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, Florida 33401
Telephone No. (561) 491-1200
Facsimile No. (561) 684-3773

By: _____
Craig I. Kelley, Esquire
Fla. Bar No. 782203

Copies to:
Debtors
U.S. Trustee
Attorney for Creditor's Committee or
if none 20 largest unsecured creditors (list attached)

## Service List

**Office of US Trustee**
51 S.W. First Ave. Room 1204
Miami, Fl. 33130

**Internal Revenue Service**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

**Internal Revenue Service**
Special Procedures - Insolvency
P.O. Box 17167 Stop 5760
Attn: Bankruptcy Unit
Ft. Lauderdale, FL 33318

**State of Florida/Dept. of Revenue**
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Pebworth Properties, LLC
250 W. Indiantown Road, Ste 103
Jupiter, FL 33458

Traci Rollins, Esquire
Wells Fargo
c/o Squire, Sanders & Dempsey, LLP
1900 Phillips Pt W, 777 S. Flagler Drive
West Palm Beach, FL 33401-6198

1317 South Killian
250 W. Indiantown Road, Ste 104
Jupiter, FL 33458

Alarm Guard
3965 Investment Lane, Ste A3
West Palm Beach, FL 33404

David Steinhauer
250 W. Indiantown Road, Ste 103
Jupiter, FL 33458

Foliage Concepts of Florida, Inc.
6921 151St Court
Palm Beach Gardens, FL 33418

LF-15 (rev. 12/01/98)

Hard Exercise Works, LLC d/b/a
Hard Exercise Works
240 W. Indiantown Road # 106
Jupiter, FL 33458

Kevin Duffy
840 SW Whisper Ridge Trail
Palm City, FL 34990

Kretzer Piano, Inc.
240 W. Indiantown Road, Ste 104
Jupiter, FL 33458

Montgomery Insurance
PO Box 6486
Carol Stream, IL 60197

PB Enterprise
250 W. Indiantown Road, Ste 104
Jupiter, FL 33458

Palm Beach County
Board of County Commissioners
Finance Dept
PO Box 3977
West Palm Beach, FL 33402

Pebworth Properties, Inc.
125 W. Indiantown Road, Ste 204
Jupiter, FL 33458

Professional Business Support, Inc.
219 2nd Court
Palm Beach Gardens, FL 33410

Superior Waterway Services, Inc.
3755 Fiscal Court Ste B
West Palm Beach, FL 33404

Town of Jupiter Utilities
PO Box 8900
Jupiter, FL 33468-8900

Waste Management of Martin County
7700 SE Bridge Road
Hobe Sound, FL 33455

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                    CASE NO.:
                                          CHAPTER 11
PEBWORTH PROPERTIES, LLC.

    Debtor.
_____/

### AFFIDAVIT OF PROPOSED ATTORNEY FOR DEBTOR IN POSSESSION

STATE OF FLORIDA          )
                          ) ss
COUNTY OF PALM BEACH      )

CRAIG I. KELLEY, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

2. I am employed by the law firm of KELLEY & FULTON, P.A. with offices located at 1665 Palm Beach Lakes Boulevard, Suite 1000, West Palm Beach, FL 33401.

3. Neither I nor the firm represent any interest adverse to the debtor or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).

4. Neither I nor the firm has any connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. trustee, or any person employed in the Office of the U.S. trustee as required by Bankruptcy Rule 2014. However, in the interests of full disclosure, the undersigned submits that Wells Fargo Bank, N.A. is the named Plaintiff in a pending foreclosure against the Debtor; however, Wells Fargo, N.A. is merely the Trustee for the securitized mortgage pool and not the actual lender of the Debtor herein. The Creditor has waived any apparent or actual

LF-17 (rev. 12/01/98)

conflict of interest, subject to the terms of a conflict waiver letter. The Debtor has acknowledged and accepted the terms of the Creditor's conflict waiver letter. The undersigned, the Debtor and the Creditor are not aware of any actual, apparent or potential conflicts of interests, or the same have been waived, as a result of Kelley & Fulton, P.A.'s prior and current representation of Wachovia Bank, N.A., a division of Wells Fargo Bank, N.A., in unrelated matters.

5. Within one year prior to the Petition Date, Kelley & Fulton, P.A. earned fees and costs in the sum of $9,131.00, all of the foregoing representing pre-petition services rendered, including in connection with the preparation of this Chapter 11 case, and costs associated therewith, including the bankruptcy court filing fee. Prior to the Petition Date, PEBWORTH PROPERTIES, LLC paid Kelley & Fulton, P.A. the sum of $42,500.00 as a non-refundable retainer to be applied toward the above-referenced pre-petition services in the sum of $9,131.00, with the balance of $33,369.00 to be used as a retainer in connection with the Debtor's Chapter 11 filing. The Debtor proposes that balance of the retainer paid to Kelley & Fulton, P.A. in the amount of $33,369.00 not be expended for pre-petition services and expenses, and be treated as a retainer paid in contemplation of post-petition services to be rendered by Kelley & Fulton, P.A., and post-petition disbursements to be incurred as bankruptcy counsel, and that such amounts be applied to services performed in accordance with the Court's order authorizing the employment of Kelley & Fulton, P.A., subject to fee applications filed and approved by the Court.

6. Except for the continuing representation of the debtor, neither I nor the firm

LF-17 (rev. 12/01/98)

has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession.

FURTHER AFFIANT SAYETH NAUGHT.

_____
CRAIG I. KELLEY, President
Kelley & Fulton, P.A.

Sworn to and subscribed before me this
_____ day of March, 2010.
_____
Notary Public, State of Florida
My Commission Expires:
Copies to:
*All parties served with application for employment.*



ANN M. SPRINGHETTI
Notary Public - State of Florida
My Comm. Expires Feb 8, 2013
Commission # DD 854850

LF-17 (rev. 12/01/98)