UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 10-15951-PGH
                                                    Chapter 11
Pebworth Properties, LLC,

_____Debtor.___/

## NOTICE OF LATE FILING OF PAPER
## PURSUANT TO LOCAL RULE 5005-1(F)(2)

Wells Fargo Bank, N.A. in its Capacity as Trustee for the Registered Certificate Holders of Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates Series 2006-IQ12 ("Movant") files this Notice of Late Filing of Paper Pursuant to Local Rule 5005-1(F)(2) and states as follows:

1. The attached Objection To (i) Debtor's Emergency Motion To Pay Management Fee and (ii) Debtor In Possession's Emergency Motion For Authorization To Use Cash Collateral is filed for consideration at the hearing scheduled on Friday March 12, 2010 at 9:30 a.m. to consider Debtor's Emergency Motion to Use Cash Collateral and Debtor In Possession's Emergency Motion for Payment of Management Fee.

2. Movant has been unable to comply with the requirement of Local Rule 5005-1(F)(1) for timely submission of papers in matters already set for hearing due to the following circumstances:

- The Debtor's Emergency Motion To Pay Management Fee And the Debtor In Possession's Emergency Motion For Authorization To Use Cash Collateral were filed and received by undersigned counsel within the last 24 hours.

3. Movant respectfully requests that the Court consider this paper at the above scheduled hearing.

*In re Pebworth Properties, LLC*
Case No.: 10-15951-PGH
Chapter 11

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this notice was served via U.S. Mail on all parties on the attached Service List.

          *s/ Traci H. Rollins*
Traci H. Rollins, Esquire
Florida Bar No. 769071
SQUIRE, SANDERS & DEMPSEY, L.L.P.
1900 Phillips Point
777 South Flagler Drive
West Palm Beach, FL  33401
Tel:  (561) 650-7200
Fax: (561) 655-1509

trollins@ssd.com

wpb/566460

## Service List

Alarm Guard
3965 Investment Lane, Ste. A3
West Palm Beach, FL 33404-1775

Montgomery Insurance
PO Box 6486
Carol Stream, IL 60197-6486

Foliage Concepts of Florida, Inc.
6921 151st Ct.
Palm Beach Gardens, FL 33418-1919

PB Enterprise
250 W. Indiantown Rd., Ste 104
Jupiter, FL 33458-3549

Kretzer Piano, Inc.
240 W. Indiantown Rd., Ste. 104
Jupiter, FL 33458-3548

Professional Business Support, Inc.
219 2nd Ct.
Palm Beach Gardens, FL 33410-5102

Office of the US Trustee
51 S.W. 1st Ave., Ste. 1204
Miami, FL 33130-1614

Waste Management of Martin County
7700 S.E. Bridge Rd.
Hobe Sound, FL 33455-9774

Pebworth Properties, Inc.
125 W. Indiantown Rd., Ste. 204
Jupiter, FL 33458-3539

David Steinhauer
250 W. Indiantown Rd. Ste. 104
Jupiter, FL 33458-3549

Town of Jupiter Utilities
PO Box 8900
Jupiter, FL 33468-8900

Kevin Duffy
840 S.W. Whisper Ridge Trl.
Palm City, FL 34990-2044

Craig I Kelley
1665 Palm Beach Lakes Blvd. #1000
West Palm Beach, FL 33401-2109

National Rust and Water
1837 S. Nevada Ave. # 115
Colorado Springs, CO 80905-2516

Superior Waterway Services, Inc.
3755 Fiscal Ct. Ste. B
West Palm Beach, FL 33404

Palm Beach County
Board of County Commissioners
Finance Department
PO Box 3977
West Palm Beach, FL 33402-3977

Pebworth Properties, LLC  
250 W. Indiantown Rd., Ste. 103  
Jupiter, FL 33458-3549

Superior Waterway Services, Inc.  
3755 Fiscal Ct. Ste.  
West Palm Beach, FL 33404

Hard Exercise Works, LLC d/b/a  
Hard Exercise Works  
240 W. Indiantown Rd. # 106  
Jupiter, FL 33458-3548